# Third District Court of Appeal

## State of Florida

Opinion filed August 4, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1114
Lower Tribunal No. 18-21137

_____

**Lorenzo J. Palomares, Esq.,**
Appellant,

vs.

**Iman Gaona-Carrillo,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marcia Del Rey, Judge.

Palomares-Starbuck & Associates, and Lorenzo J. Palomares, for appellant.

Law Firm of Anya Cintron Stern, P.A., and Anya Cintron Stern, for appellee.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.